SAMUEL JONES *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORITY & another.[1] July 29, 1999. *Supreme Judicial Court,* Superintendence of inferior courts.

Samuel Jones (petitioner) appeals from the denial of his petition, pursuant to G. L. c. 211, § 3, for relief by a single justice of this court. He had sought review of a Superior Court judge's dismissal of his complaint as to the city of Boston, and of another judge's dismissal of his complaint as to the Massachusetts Bay Transportation Authority (MBTA).

---

[1] City of Boston.

"The extraordinary remedy provided by c. 211, § 3, should be invoked only when appellate review is otherwise unavailable." *Hahn* v. *Planning Bd. of Stoughton,* 403 Mass. 332, 335 (1988). The petitioner could have sought and obtained appellate review of the judges' actions. Moreover, the Superior Court docket entries reflect his filing of notices of appeal. As a result, we allow the motion of the MBTA to join in the motion of the city to dismiss the petitioner's appeal from the judgment of the single justice, and we allow that motion to dismiss.

*So ordered.*

The case was submitted on briefs.

*Mary M. Logalbo, William A. Mitchell, Jr., & Jonathan P. Feltner* for Massachusetts Bay Transportation Authority.

*Samuel Jones,* pro se.